David L. Campbell (03698500)
Eli Pierce (24092972)
Underwood Perkins, P.C.
5420 LBJ Freeway
Two Lincoln Centre, Suite 1900
Dallas, Texas 75240
Telephone:  (972) 661-5114
Fax:  (972) 661-5691

- and -

MOSES & SINGER LLP
Mark N. Parry (pro hac vice – New York Bar No. 1862465)
Jessica K.  Bonteque (pro hac vice – New York Bar No. 5383963)
The Chrysler Building
405 Lexington Avenue
New York, NY  10174
(212) 554-7800

Counsel for the Debtors

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | | |
|---|---|---|
| | § | **Chapter 7** |
| **In re:** | § | |
| | § | **Case No. 17-50234-RLJ** |
| **LE-MAR HOLDINGS, INC,** *et al.*,[1] | § | |
| | § | |
| **Debtors.** | § | |
| | § | |

## DECLARATION OF CHUCK C. EDWARDS CONCERNING THE FINAL REPORT AND ACCOUNT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1019(5)(A)(ii) AND TO SUPPLEMENT THE DECLARATION PROVIDED RELATED TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1019(5)(A)(i)

---

[1]    The Debtors in these Chapter 7 cases are: Le-Mar Holdings, Inc. (Case No. 17-50234-RLJ), Edwards Mail Service, Inc. (Case No. 17-50235-RLJ), and Taurean East, LLC (Case No. 17-50236-RLJ).

I, CHUCK C. EDWARDS, do hereby declare as follows:

1.      I am the President of Le-Mar Holdings, Inc. ("Le-Mar"), the President of Edwards Mail Service, Inc. ("EMS"), and the managing member of Taurean East, LLC ("Taurean", collectively, the "Debtors").

2.      In my capacity as President and managing member, I am generally familiar with the Debtors' day-to-day operations, business and financial affairs, and books and records. I am above 18 years of age and I am competent to testify.

3.      Except as otherwise indicated, all facts set forth in this declaration (the "Declaration") are based upon my personal knowledge, my discussions with other members of the Debtors' management team and the Debtors' advisors, my review of relevant documents and information concerning the Debtors' operations, financial affairs, and restructuring initiatives, or my opinions based upon my experience and knowledge. If called as a witness, I would testify competently to the facts set forth herein. I am authorized to submit this Declaration on behalf of the Debtors.

4.      On September 17, 2017, (the "Petition Date"), the Debtors commenced these cases by each filing voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

5.      On or around June 21, 2019, the Debtors' ceased operations.

6.      On June 25, 2019, the Debtors filed a motion to convert their Chapter 11 cases to Chapter 7 [Docket No. 1001].

7.      On June 28, 2019 (the "Conversion Date"), the Court entered its *Order Granting Debtors' Amended Motion for Entry of an Order Converting Their Chapter 11 Proceedings to Chapter 7 Pursuant to 11 U.S.C. § 1112(a)* ("Conversion Order") [Docket No. 1016]. On July 3, 2019, the Court entered its *Amended Order Granting Debtors' Amended Motion for Entry of an*

*Order Converting Their Chapter 11 Proceedings to Chapter 7 Pursuant to 11 U.S.C. § 1112(a)*

("Amended Conversion Order") [Docket. No. 1021].

8.    On or about June 28, 2019, Kent Ries (the "Chapter 7 Trustee") was appointed as the Chapter 7 Trustee of Debtor's, EMS's, and Taurean's Chapter 7 bankruptcy cases and estates.

9.    This affidavit is submitted to comprise the Debtors' schedule of unpaid debts, required by Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules") 1019(5)(A)(ii).

10.    The schedule attached as Exhibit A is a "the final report and account" required by Bankruptcy Rules 1019(5)(A)(ii) with regard to Le-Mar.

11.    The schedule attached as Exhibit B is a "the final report and account" required by Bankruptcy Rules 1019(5)(A)(ii) with regard to EMS.

12.    The schedule attached as Exhibit C is a "the final report and account" required by Bankruptcy Rules 1019(5)(A)(ii) with regard to Taurean.

13.    Attached hereto as Exhibit D are the address of claimants listed on Exhibit A attached to my Declaration filed on July 18, 2019, with regard to unpaid debts incurred during the time from the Petition Date to the Conversation Date incurred by Le-Mar.

14.    Attached hereto as Exhibit E are the address of claimants listed on Exhibit B attached to my Declaration filed on July 18, 2019, with regard to unpaid debts incurred during the time from the Petition Date to the Conversation Date incurred by EMS.

15.    Attached hereto as Exhibit F are the address of claimants listed on Exhibit C attached to my Declaration filed on July 18, 2019, with regard to unpaid debts incurred during the time from the Petition Date to the Conversation Date incurred by Taurean.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 29, 2019.

/s/ Chuck C. Edwards
CHUCK C. EDWARDS

# **EXHIBIT "A"**

Cash Disbursements for Le-Mar Holdings - June 2019

| Date | Reference | Vendor | Amount | Type |
|---|---|---|---|---|
| 6/4/2019 | Transfer | Edwards Mail Service | 14,000.00 | Transfer to Edwards Mail Service |
| 6/12/19 | auto | ABC Bank | 10.00 | Bank Fee - LMH account |
| 6/12/19 | auto | ABC Bank | 10.00 | Bank Fee - Escrow account |
| 6/21/19 | Transfer | Edwards Mail Service | 125.00 | Transfer to Edwards Mail Service |
| 6/24/19 | stop payment | ABC Bank | 27.00 | Stop payment on TD check |
| | | | 14,172.00 | |
| | | | | |
| 6/3/2019 | via DIP | City Bank | 37,932.62 | payment to City Bank DIP loan |
| 10-Jun | via DIP | City Bank | 185,536.65 | payment to City Bank DIP loan |
| 6/24/2019 | via PFGI | City Bank | 36,948.17 | payment of final amount due on City Bank DIP loan |
| | | | 260,417.44 | |
| | | | | |
| 6/28/2019 | via PFGI | Edwards Mail Service | 533,778.28 | Payments made by PFGI on behalf of EMS |
| | | | | |
| | | | 808,367.72 | Total Cash Disbursements out of LMH |

**Monthly Operating Report**
ACCRUAL BASIS-5

| CASE NAME: | Le-Mar Holdings, Inc. |
|---|---|

| CASE NUMBER: | 17-50234-RLJ |
|---|---|

**MONTH:** June 2019

**BANK RECONCILIATIONS**

| | | Account #1 | Account #2 | Account #3 | |
|---|---|---|---|---|---|
| A. | BANK: | American Bank of Commerce | | | FN12 |
| B. | ACCOUNT NUMBER: | ***5288 | ***0974 | ***5609 | TOTAL |
| C. | PURPOSE (TYPE): | Checking | Professional Fee Escrow* | DIP Account | |
| 1. | BALANCE PER BANK STATEMENT | $9 | $40 | $40 | $89 |
| 2. | ADD: TOTAL DEPOSITS NOT CREDITED | | | | $0 |
| 3. | SUBTRACT: OUTSTANDING CHECKS | $0 | $0 | $0 | $0 |
| 4. | OTHER RECONCILING ITEMS | | | | $0 |
| 5. | MONTH END BALANCE PER BOOKS | $9 | $40 | $40 | $89 |
| 6. | NUMBER OF LAST CHECK WRITTEN | | | 0 | |

\* Documentation reflecting this account and the account balance is attached hereto. See Daily Balance Summary reflecting a $0 balance in the account as of the end of August.

**INVESTMENT ACCOUNTS**

| BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
|---|---|---|---|---|
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11.          TOTAL INVESTMENTS | | | $0 | $0 |

**CASH**

| 12.          CURRENCY ON HAND | $0 |
|---|---|

| 13.          **TOTAL CASH - END OF MONTH** | $89 |
|---|---|

Footnotes:

FN12   The Debtors are currently investigating the existence of an additional prepetition bank account in which their funds were held that was thought to have been zeroed-out prepetition, but appears to have remained open and used postpetition for several weeks after the Petition Date.  The Debtors will provide more details on this issue as soon as practicable.

Le-Mar Holdings, Inc. 17
Statement of Cash Flow
For the six Months Ended June 30, 2019

|  | Current Month | Year to Date |
|---|---|---|
| **Cash Flows from operating activities** | | |
| Net Income | $ 58,344.42 ($ | 220,200.42) |
|  | 58,344.42 | (220,200.42) |
| Adjustments to reconcile net | | |
| income to net cash provided | | |
| by operating activities | | |
| A/R USPS | (752,270.53) | (571,698.79) |
| A/R Freight Loads | 5,820.00 | 19,248.64 |
| Prepaid Deposits on Accounts | 0.00 | 44,535.27 |
| USPS DOL Held Funds | (16,208.96) | (634,881.93) |
| Accounts Payable | 347,449.18 | 867,338.99 |
| Property Tax Payable | 2,497.26 | (4,873.70) |
| DIP Line of Credit | (259,962.48) | (117,711.77) |
| Accrued Property Taxes | 1,200.00 | (9,526.09) |
| PFGI Bridge Loan Payable | 614,726.45 | 614,726.45 |
| Total Adjustments | (56,749.08) | 207,157.07 |
| Net Cash provided by Operations | 1,595.34 | (13,043.35) |
| **Cash Flows from investing activities** | | |
| Used For | | |
| Net cash used in investing | 0.00 | 0.00 |
| **Cash Flows from financing activities** | | |
| Proceeds From | | |
| Used For | | |
| Net cash used in financing | 0.00 | 0.00 |
| Net increase <decrease> in cash | $ 1,595.34 ($ | 13,043.35) |
| **Summary** | | |
| Cash Balance at End of Period | $ 49.01 $ | 49.01 |
| Cash Balance at Beg of Period | 1,546.33 | (13,092.36) |
| Net Increase <Decrease> in Cash | $ 1,595.34 ($ | 13,043.35) |

**Net Cash Flow Adjustment that ties to Page 3 #25 of MOR**

| | |
|---|---|
| Net Adjustments in operating | 56,749.08 |
| DIP Line of Credit | 354,763.97 |
| Net cash used in investing | - |
| Net Cash used in financing | - |
| Non Cash Flow Adjustment | 411,513.05 |

**Check**

| | |
|---|---|
| Net Income | 58,344.42 |
| Less Net Cash Flow Adjustment | (411,513.05) |
| Plus DIP Line of Credit | 354,763.97 |
| Net Increase (decrease) in cash flow | 1,595.34 |

Unaudited - For Internal Use Only.

**Monthly Operating Report**
ACCRUAL BASIS-3

| CASE NAME: | Le-Mar Holdings, Inc. |
|---|---|
| CASE NUMBER: | 17-50234-RLJ |

| | April | May | June | |
|---|---|---|---|---|
| CASH RECEIPTS AND DISBURSEMENTS | MONTH | MONTH | MONTH | QUARTER |
| 1.   CASH - BEGINNING OF MONTH | $1,007 | $1,899 | ($1,546) | |
| **RECEIPTS FROM OPERATIONS** | | | | |
| 2.   CASH SALES | $0 | $0 | $0 | $0 |
| **COLLECTION OF ACCOUNTS RECEIVABLE** | | | | |
| 3.   PREPETITION | | | | $0 |
| 4.   POSTPETITION | $1,659,727 | $1,687,880 | $991,749 | $4,339,356 |
| 5.   TOTAL OPERATING RECEIPTS | $1,659,727 | $1,687,880 | $991,749 | $4,339,356 |
| **NON-OPERATING RECEIPTS** | | | | |
| 6.   LOANS & ADVANCES (ATTACH LIST) | $41,571 | ($77,235) | $354,764 | $319,101 FN16, FN17 |
| 7.   SALE OF ASSETS | | | | $0 |
| 8.   OTHER (ATTACH LIST) | | | | $0 |
| 9.   TOTAL NON-OPERATING RECEIPTS | $41,571 | ($77,235) | $354,764 | $319,101 |
| 10.   TOTAL RECEIPTS | $1,701,299 | $1,610,645 | $1,346,513 | $4,658,457 |
| 11.   TOTAL CASH AVAILABLE | $1,702,306 | $1,612,544 | $1,344,967 | |
| **OPERATING DISBURSEMENTS** | | | | |
| 12.   NET PAYROLL | | | | $0 |
| 13.   PAYROLL TAXES PAID | | | | $0 |
| 14.   SALES, USE & OTHER TAXES PAID | $5,634 | $4,362 | $3,697 | $13,693 |
| 15.   SECURED / RENTAL / LEASES / Interest | $67,700 | $68,215 | $63,655 | $199,570 |
| 16.   UTILITIES | | | | $0 |
| 17.   INSURANCE | | | | $0 |
| 18.   INVENTORY PURCHASES | | | | $0 |
| 19.   VEHICLE EXPENSES & Edwards mgt fee | $1,477,242 | $1,460,320 | $785,120 | $3,722,682 |
| 20.   TRAVEL | $0 | $0 | $0 | $0 |
| 21.   ENTERTAINMENT | | | | $0 |
| 22.   REPAIRS & MAINTENANCE | | | | $0 |
| 23.   SUPPLIES | $4,270 | $6,826 | $30,932 | $42,028 |
| 24.   ADVERTISING | | | | $0 |
| 25.   OTHER (ATTACH LIST) Non cash flow adjustments | $95,561 | $24,368 | $411,513 | $531,442 |
| 26.   TOTAL OPERATING DISBURSEMENTS | $1,650,408 | $1,564,090 | $1,294,917 | $4,509,415 |
| **REORGANIZATION EXPENSES** | | | | |
| 27.   PROFESSIONAL FEES | $50,000 | $50,000 | $50,000 | $150,000 |
| 28.   U.S. TRUSTEE FEES | $0 | $0 | $0 | $0 |
| 29.   OTHER (ATTACH LIST) | | | | $0 |
| 30.   TOTAL REORGANIZATION EXPENSES | $50,000 | $50,000 | $50,000 | $150,000 |
| 31.   TOTAL DISBURSEMENTS | $1,700,408 | $1,614,090 | $1,344,917 | $4,659,415 |
| 32.   NET CASH FLOW | $891 | ($3,445) | $1,595 | ($958) |
| 33.   CASH - END OF MONTH | $1,899 | ($1,546) | $49 | |

FN16 Beginning with the May MOR, the DIP Line of Credit activity for February through April was restated in the May MOR so that it is reflected in Line 6 (Loans & Advances). In prior MORs (i.e., the MORs covering the time periods from February through April), the DIP Line of Credit activity was reflected in Line 25 (Non cash flow adjustments). The DIP Line of Credit activity for February through April was restated in the May MOR. Updated Cash Flow Statements supporting the new adjusted figures reflected on Line 25 (Non cash flow adjustments) for February through April were attached to the May MOR.

# EXHIBIT "B"

**Monthly Operating Report**
ACCRUAL BASIS-5

| CASE NAME: | Edwards Mail Service, Inc. |
|---|---|
| CASE NUMBER: | 17-50235-RLJ |

**MONTH:** _____ June 2019 _____

| BANK RECONCILIATIONS | | Account #1 | Account #2 | Account #3 | |
|---|---|---|---|---|---|
| A. | BANK: | American Bank of Commerce | | | |
| B. | ACCOUNT NUMBER: | ***5261 | ***5270 | | TOTAL |
| C. | PURPOSE (TYPE): | Checking-Operating | Checking-Payroll | | |
| 1. | BALANCE PER BANK STATEMENT | ($21) | ($26) | | ($47) |
| 2. | ADD: TOTAL DEPOSITS NOT CREDITED | | | | $0 |
| 3. | SUBTRACT: OUTSTANDING CHECKS | $0 | $0 | | $0 |
| 4. | OTHER RECONCILING ITEMS | | | | $0 |
| 5. | MONTH END BALANCE PER BOOKS | ($21) | ($26) | | ($47) |
| 6. | NUMBER OF LAST CHECK WRITTEN | 36860 | | | |

| INVESTMENT ACCOUNTS | | | | |
|---|---|---|---|---|
| BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | TOTAL INVESTMENTS | | $0 | $0 |

| CASH | |
|---|---|
| 12. | CURRENCY ON HAND | $0 |

| 13. | **TOTAL CASH - END OF MONTH** | ($47) |

**Monthly Operating Report**
ACCRUAL BASIS-3

| CASE NAME: | Edwards Mail Service, Inc. |
|---|---|

| CASE NUMBER: | 17-50235-RLJ |
|---|---|

| | April | May | June | |
|---|---|---|---|---|
| **CASH RECEIPTS AND DISBURSEMENTS** | MONTH | MONTH | MONTH | QUARTER |
| 1.   CASH - BEGINNING OF MONTH | $9,605 | $6,655 | $4,375 | |
| **RECEIPTS FROM OPERATIONS** | | | | |
| 2.   CASH SALES | | | | $0 |
| **COLLECTION OF ACCOUNTS RECEIVABLE** | | | | |
| 3.   PREPETITION | | | | $0 |
| 4.   POSTPETITION | $1,246,624 | $1,210,191 | $559,354 | $3,016,169 |
| 5.   TOTAL OPERATING RECEIPTS | $1,246,624 | $1,210,191 | $559,354 | $3,016,169 |
| **NON-OPERATING RECEIPTS** | | | | |
| 6.   LOANS & ADVANCES (ATTACH LIST) | | | | $0 |
| 7.   SALE OF ASSETS | | | | $0 |
| 8.   OTHER (ATTACH LIST) | | | | $0 |
| 9.   TOTAL NON-OPERATING RECEIPTS | | | | $0 |
| 10.   TOTAL RECEIPTS | $1,246,624 | $1,210,191 | $559,354 | $3,016,169 |
| 11.   TOTAL CASH AVAILABLE | $1,256,230 | $1,216,846 | $563,729 | |
| **OPERATING DISBURSEMENTS** | | | | |
| 12.   NET PAYROLL | $559,759 | $537,138 | $755,652 | $1,852,549 |
| 13.   PAYROLL TAXES PAID | $139,254 | $140,205 | $201,048 | $480,507 |
| 14.   SALES, USE & OTHER TAXES PAID | $650 | $661 | $650 | $1,961 |
| 15.   SECURED / RENTAL / LEASES | $21,885 | $17,335 | $15,115 | $54,335 |
| 16.   UTILITIES | $3,083 | $2,528 | $2,311 | $7,922 |
| 17.   INSURANCE | $164,093 | $168,848 | $99,253 | $432,194 | FN11 |
| 18.   INVENTORY PURCHASES / G&A | $12,889 | $5,976 | $448 | $19,313 |
| 19.   VEHICLE EXPENSES | $353,361 | $411,202 | $272,517 | $1,037,079 |
| 20.   TRAVEL | $1,718 | $275 | $1,173 | $3,166 |
| 21.   ENTERTAINMENT | | | | $0 |
| 22.   REPAIRS & MAINTENANCE | $54,792 | $49,934 | $30,237 | $134,963 |
| 23.   SUPPLIES / Potential 401(k) Contribution | $85,905 | $81,520 | $98,396 | $265,820 | FN2 |
| 24.   ADVERTISING | | | | $0 |
| 25.   OTHER (ATTACH LIST) Non cash flow adjustments | ($147,815) | ($203,149) | ($913,024) | ($1,263,989) |
| 26.   TOTAL OPERATING DISBURSEMENTS | $1,249,575 | $1,212,471 | $563,776 | $3,025,822 |
| **REORGANIZATION EXPENSES** | | | | |
| 27.   PROFESSIONAL FEES | | | | $0 |
| 28.   U.S. TRUSTEE FEES | $0 | $0 | $0 | $0 |
| 29.   OTHER (ATTACH LIST) | | | | $0 |
| 30.   TOTAL REORGANIZATION EXPENSES | $0 | $0 | $0 | $0 |
| 31.   TOTAL DISBURSEMENTS | $1,249,575 | $1,212,471 | $563,776 | $3,025,822 |
| 32.   NET CASH FLOW | ($2,950) | ($2,280) | ($4,422) | ($9,653) |
| 33.   CASH - END OF MONTH | $6,655 | $4,375 | ($47) | |

Cash Disbursements for Edwards Mail Service - June 2019

| Date | Reference | Vendor | Amount | Type |
|------|-----------|--------|-------:|------|
| 6/3/19 | DC 0810 6.3.19 | Discount Tires | 69.28 | Maintenance |
| 6/3/19 | DC 2839 6.3.19 | Corporate Billing, LLC | 589.52 | Maintenance |
| 6/3/19 | DC 2839 6.3.19 | Harbor Freight | 144.49 | Maintenance |
| 6/3/19 | DC 2839 6.3.19 | Tire Guy | 230.00 | Maintenance |
| 6/3/19 | DC 2839 6.3.19 | PTG of Dallas | 24.94 | Maintenance |
| 6/3/19 | DC 2839 6.3.19 | Orion | 50.00 | Maintenance |
| 6/3/19 | DC.053019.2839 | 10-4 Truck Service | 321.84 | Maintenance |
| 6/3/19 | DC.053119.0810 | Southwest Filter & Supply Co. | 184.09 | Maintenance |
| 6/3/19 | DC.053119.2839 | Pilot Travel Center | 37.62 | Maintenance |
| 6/3/19 | PY Tax 5.22.19 | EMS Payroll | 63.72 | Payroll - PY Tax 5.22.19 |
| 6/3/19 | auto | eFax | 16.95 | Office |
| 6/3/19 | auto 6.3.19 | Corporate Lodging Consultants Inc | 76.76 | Lodging |
| 6/3/19 | auto 6.3.19 | Corporate Lodging Consultants Inc | 78.91 | Lodging |
| 6/3/19 | auto 6.3.19 | Corporate Lodging Consultants Inc | 51.69 | Lodging |
| 6/3/19 | auto 6.3.19 | Corporate Lodging Consultants Inc | 84.43 | Lodging |
| 6/3/19 | auto 6.3.19 | Corporate Lodging Consultants Inc | 84.43 | Lodging |
| 6/3/19 | auto 6.3.19 | Corporate Lodging Consultants Inc | 84.43 | Lodging |
| 6/3/19 | auto 6.3.19 | Corporate Lodging Consultants Inc | 51.69 | Lodging |
| 6/3/19 | auto 6.3.19 | Corporate Lodging Consultants Inc | 67.84 | Lodging |
| 6/3/19 | auto 6.3.19 | Corporate Lodging Consultants Inc | 51.69 | Lodging |
| 6/3/19 | auto 6.3.19 | Corporate Lodging Consultants Inc | 84.43 | Lodging |
| 6/3/19 | auto 6.3.19 | Corporate Lodging Consultants Inc | 153.15 | Lodging |
| 6/3/19 | auto 6.3.19 | Corporate Lodging Consultants Inc | 84.43 | Lodging |
| 6/3/19 | auto 6.3.19 | Corporate Lodging Consultants Inc | 67.84 | Lodging |
| 6/3/19 | via PFGI wire | ComData | 20,000.00 | Fuel |
| 6/4/19 | DC 6.4.19 | Walmart | 103.80 | Maintenance |
| 6/4/19 | auto 6.4.19 | Invoice: 270523821 | 67.11 | Lodging |
| 6/4/19 | auto 6.4.19 | Corporate Lodging Consultants Inc | 60.37 | Lodging |
| 6/4/19 | auto 6.4.19 | Corporate Lodging Consultants Inc | 58.27 | Lodging |
| 6/4/19 | auto 6.4.19 | Corporate Lodging Consultants Inc | 70.06 | Lodging |
| 6/4/19 | auto 6.4.19 | Corporate Lodging Consultants Inc | 70.06 | Lodging |
| 6/4/19 | wire | ComData | 10,000.00 | Fuel |
| 6/4/19 | wire fee | ABC Bank | 18.00 | Miscellaneous |
| 6/5/19 | DC 2839 6.5.19 | Walmart | 88.16 | Maintenance |
| 6/5/19 | DC 2839 6.5.19 | Pilot Travel Center | 13.26 | Maintenance |
| 6/5/19 | auto 6.5.19 | Corporate Lodging Consultants Inc | 52.10 | Lodging |
| 6/5/19 | auto 6.5.19 | Corporate Lodging Consultants Inc | 54.17 | Lodging |
| 6/5/19 | auto 6.5.19 | Corporate Lodging Consultants Inc | 67.84 | Lodging |
| 6/6/19 | 060619.DC.0810 | Walmart | 102.94 | Fuel |
| 6/6/19 | 060719.DC.0810 | Flying J | 258.54 | Fuel |
| 6/6/19 | 060719.DC.5659 | All Star Truck Wash | 86.47 | Fuel |
| 6/6/19 | 060719.DC.5659 | Allsups | 335.00 | Fuel |

| 6/6/19 | DC 2839 6.6.19 | Loves | 20.41 | Maintenance |
|--------|----------------|-------|-------|-------------|
| 6/6/19 | DC 2839 6.6.19 | Harbor Freight | 59.50 | Maintenance |
| 6/6/19 | DC 6.6.19 | Flying J | 59.19 | Maintenance |
| 6/6/19 | DC 6.6.19 | Flying J | 20.02 | Maintenance |
| 6/6/19 | DC 6.6.19 | Tres Amigos | 1.00 | Maintenance |
| 6/6/19 | auto 6.6.19 | Corporate Lodging Consultants Inc | 74.69 | Lodging |
| 6/7/19 | DC 6.6.19 | Flying J | 18.06 | Maintenance |
| 6/7/19 | stop payment | ABC Bank | 27.00 | Bank Fee - stop payment on Acc Fund ACH |
| 6/7/19 | via PFGI Wire | ComData | 40,000.00 | Fuel |
| 6/10/19 | DC 2839 6.10.19 | JR Tires$Diesel Truck Repair, Inc | 50.00 | Maintenance |
| 6/10/19 | DC.060519.0810 | Rip Griffin | 544.39 | Maintenance |
| 6/10/19 | auto 6.10.19 | Corporate Lodging Consultants Inc | 84.43 | Lodging |
| 6/10/19 | auto 6.10.19 | Corporate Lodging Consultants Inc | 52.28 | Lodging |
| 6/10/19 | auto 6.10.19 | Corporate Lodging Consultants Inc | 62.39 | Lodging |
| 6/10/19 | auto 6.10.19 | Corporate Lodging Consultants Inc | 147.81 | Lodging |
| 6/10/19 | auto 6.10.19 | Corporate Lodging Consultants Inc | 98.52 | Lodging |
| 6/10/19 | auto 6.10.19 | Corporate Lodging Consultants Inc | 98.52 | Lodging |
| 6/10/19 | auto 6.10.19 | Corporate Lodging Consultants Inc | 46.76 | Lodging |
| 6/10/19 | auto 6.10.19 | Corporate Lodging Consultants Inc | 62.39 | Lodging |
| 6/10/19 | auto 6.10.19 | Corporate Lodging Consultants Inc | 64.84 | Lodging |
| 6/10/19 | auto 6.10.19 | Corporate Lodging Consultants Inc | 52.28 | Lodging |
| 6/10/19 | auto 6.10.19 | Corporate Lodging Consultants Inc | 74.69 | Lodging |
| 6/10/19 | auto 6.10.19 | Corporate Lodging Consultants Inc | 125.01 | Lodging |
| 6/11/19 | ATM fees | ABC Bank | 2.00 | Bank Fee |
| 6/11/19 | DC 5659 6.11.19 | JDM Diesel | 203.50 | Maintenance |
| 6/12/19 | 36848 | Jimmy Edwards | 240.00 | Contract Labor |
| 6/12/19 | 36854 | Claude Childs, Jr. | 600.00 | Contract Labor |
| 6/12/19 | DC 5.13.19 | Southwest Filter & Supply Co. | 89.31 | Maintenance |
| 6/12/19 | DC 6.12.19 | Dun Bar Motel | 600.00 | Dunbar |
| 6/12/19 | DC.061219.2839 | Pilot Travel Center | 84.14 | Maintenance |
| 6/12/19 | DC.061219.2839 | Discount Tires | 113.66 | Maintenance |
| 6/12/19 | NSF fee | NSF for Accident Fund | 30.00 | Bank Fee - NSF for Acc Fund |
| 6/12/19 | PFGI PY Advance | Amarillo | 2,700.00 | Payroll Advances |
| 6/12/19 | PFGI PY Advance | Abi/SA | 1,400.00 | Payroll Advances |
| 6/12/19 | PFGI PY Advance | Lufkin | 3,900.00 | Payroll Advances |
| 6/12/19 | PFGI PY Advance | GP | 6,700.00 | Payroll Advances |
| 6/12/19 | PFGI PY Advance | San Antonio | 8,800.00 | Payroll Advances |
| 6/12/19 | PY Adv 6.12.19 | Advances for Lubbock drivers | 5,000.00 | Payroll Advances |
| 6/12/19 | PY Adv 6.12.19 | Ashley advance | 800.00 | Contract Labor |
| 6/12/19 | auto | ABC Bank | 10.00 | Bank Fee |
| 6/12/19 | auto | ABC Bank | 39.00 | Bank Fee |
| 6/12/19 | cash | Donald Stuart | 3,000.00 | Maintenance |
| 6/12/19 | wire | ComData | 10,000.00 | Fuel |
| 6/12/19 | wire fee | ABC Bank | 18.00 | Bank Fee |
| 6/13/19 | DC.061319.2839 | Walmart | 56.78 | Maintenance |

| Date | Reference | Payee | Amount | Category |
|---|---|---|---|---|
| 6/13/19 | DC.061319.2839 | JR Tires$Diesel Truck Repair, Inc | 50.00 | Maintenance |
| 6/13/19 | auto 6.13.19 | HireRight | 129.69 | Drug Screens |
| 6/13/19 | wire | ComData | 10,000.00 | Fuel |
| 6/13/19 | wire fee | ABC Bank | 18.00 | Bank Fee |
| 6/14/19 | DC.061719.2839 | Walmart | 216.17 | Maintenance |
| 6/14/19 | DC.061719.2839 | Tire Guy | 290.00 | Maintenance |
| 6/14/19 | DC.061719.2839 | Auto Zone | 20.55 | Maintenance |
| 6/14/19 | PY 6.14.19**recon | EMS Payroll | 244,077.28 | Payroll |
| 6/14/19 | auto | Ryder Transportation Services | 1,970.00 | RyderMaint |
| 6/17/19 | 36855 | Hughes Transport | 300.00 | Hughes |
| 6/17/19 | 36856 | Lance Burke | 1,195.00 | Maintenance |
| 6/17/19 | 36857 | Cherie Sanchez | 3,541.67 | Contract Labor |
| 6/17/19 | 36858 | Venture 1 Trucking | 2,628.07 | Contract Labor |
| 6/17/19 | DC 2839 6.17.19 | Pilot Travel Center | 18.00 | Maintenance |
| 6/17/19 | DC 2839 6.17.19 | Tire Guy | 435.00 | Maintenance |
| 6/17/19 | DC.061719.2839 | Pilot Travel Center | 250.00 | Fuel |
| 6/17/19 | DC.061719.2839 | Pilot Travel Center | 250.00 | Fuel |
| 6/17/19 | DC.061719.2839 | Loves | 300.00 | Fuel |
| 6/17/19 | DC.061719.2839 | Loves | 100.00 | Fuel |
| 6/17/19 | DC.061719.2839 | Loves | 239.35 | Fuel |
| 6/17/19 | DC.061719.2839 | Quiktrip | 250.00 | Fuel |
| 6/17/19 | DC.061719.5659 | Rush Truck Sales | 245.89 | Maintenance |
| 6/17/19 | DC.061719.8950 | Walmart | 153.74 | Fuel |
| 6/17/19 | DC.061919.8950 | Time Warner Cable | 363.36 | Utilities |
| 6/17/19 | PFGI wire | ComData | 6,500.00 | Fuel |
| 6/17/19 | PFGI wire | ComData | 7,000.00 | Fuel |
| 6/17/19 | auto | Quickbase Premier | 879.45 | Office |
| 6/17/19 | auto 6.17.19 | Corporate Lodging Consultants Inc | 46.35 | Lodging |
| 6/17/19 | checkbyphone.061 | San Antonio Water System | 312.13 | Utilities |
| 6/18/19 | 36859 | Jimmy Edwards | 224.00 | Contract Labor |
| 6/18/19 | DC 5659 6.18.19 | Triple E | 732.00 | Maintenance |
| 6/18/19 | PFGI wire | ComData | 15,000.00 | Fuel |
| 6/18/19 | auto 6.18.19 | Corporate Lodging Consultants Inc | 74.54 | Lodging |
| 6/18/19 | auto 6.18.19 | Corporate Lodging Consultants Inc | 84.78 | Lodging |
| 6/19/19 | DC 2839 6.19.19 | Walmart | 230.96 | Maintenance |
| 6/19/19 | DC.061919.0810 | Southwest Filter & Supply Co. | 14.02 | Maintenance |
| 6/19/19 | DC.061919.2839 | Loves | 221.18 | Maintenance |
| 6/19/19 | DC.061919.8950 | City of Muleshoe | 100.20 | Utilities |
| 6/20/19 | 36860 | Lance Burke | 450.00 | Maintenance |
| 6/20/19 | DC.062019.0810 | Summit Truck Group | 120.21 | Maintenance |
| 6/20/19 | DC.062019.2839 | Southern Tire Mart | 313.98 | Maintenance |
| 6/20/19 | auto 6.20.19 | Corporate Lodging Consultants Inc | 46.20 | Lodging |
| 6/21/19 | DC 2839 6.21.19 | OReilly | 242.98 | Maintenance |
| 6/21/19 | DC 2839 6.21.19 | CeeJay Food | 27.45 | Maintenance |
| 6/21/19 | DC 2839 6.21.19 | CeeJay Food | 1.00 | Maintenance |

| Date | Ref | Payee | Amount | Category |
|------|-----|-------|--------:|----------|
| 6/21/19 | DC 8950 6.21.19 | Walmart | 63.78 | Maintenance |
| 6/21/19 | auto 6.21.19 | Corporate Lodging Consultants Inc | 53.03 | Lodging |
| 6/24/19 | DC 0810 6.24.19 | Southern Tire Mart | 597.63 | Maintenance |
| 6/24/19 | DC 2839 6.24.19 | Loves | 576.25 | Maintenance |
| 6/24/19 | DC 5659 6.24.19 | North Texas Tollway Authority | 17.38 | Tolls |
| 6/24/19 | DC 5659 6.24.19 | Allsups | 20.48 | Maintenance |
| 6/24/19 | DC 5659 6.24.19 | Pop A Lock | 177.53 | Maintenance |
| 6/24/19 | DC.062119.8950 | NM DPS | 111.36 | Permits |
| 6/24/19 | NSF | ABC Bank | 30.00 | Bank Fee - NSF for USI binder |
| 6/24/19 | NSF fee | ABC Bank | 30.00 | Bank Fee - NSF for J Rodriguez check |
| 6/24/19 | Stop payment | ABC Bank | 27.00 | Bank Fee - stop payment ck 1596 |
| 6/24/19 | auto | eFax | 10.00 | Utilities |
| 6/24/19 | auto | RO Writer | 70.36 | Subscription |
| 6/24/19 | auto 6.24.19 | Corporate Lodging Consultants Inc | 128.62 | Lodging |
| 6/24/19 | auto 6.24.19 | Corporate Lodging Consultants Inc | 46.76 | Lodging |
| 6/24/19 | auto 6.24.19 | Corporate Lodging Consultants Inc | 75.06 | Lodging |
| 6/24/19 | auto 6.24.19 | Corporate Lodging Consultants Inc | 63.20 | Lodging |
| 6/24/19 | auto1 | Truck Stop | 149.00 | Subscription |
| 6/25/19 | auto 6.25.19 | Corporate Lodging Consultants Inc | 76.16 | Lodging |
| 6/25/19 | auto 6.25.19 | Corporate Lodging Consultants Inc | 73.89 | Lodging |
| 6/25/19 | auto 6.25.19 | Corporate Lodging Consultants Inc | 71.34 | Lodging |
| 6/28/19 | NSF fee | ABC Bank | 30.00 | Bank Fee - NSF for CLC |
| 6/28/19 | via PFGI** | EMS Payroll | 20,700.00 | Payroll |
| 6/28/19 | via PFGI** | ComData | 30,000.00 | Fuel |
| 6/28/19 | via PFGI** | ComData | 20,000.00 | Fuel |
| 6/28/19 | via PFGI** | ComData | 6,000.00 | Fuel |
| 6/28/19 | via PFGI** | ComData | 50,000.00 | Fuel |

|  |  |
|--------:|----|
| 549,352.92 | Total Disbursements per register |
| 563,776.42 | Disbursements per MOR |
| 14,423.50 | Difference |

Edwards Mail Service 17
Statement of Cash Flow
For the six Months Ended June 30, 2019

|  |  | Current Month | Year to Date |
|---|---|---|---|
| **Cash Flows from operating activities** |  |  |  |
| Net Income | ($ | 917,446.69) ($ | 1,364,517.97) |
|  |  | (917,446.69) | (1,364,517.97) |
| Adjustments to reconcile net |  |  |  |
| income to net cash provided |  |  |  |
| by operating activities |  |  |  |
| Prepaid Deposits on Accounts |  | 0.00 | 386,016.69 |
| Accounts Payable |  | 814,628.70 | 1,000,566.50 |
| HW ER Payable |  | 98,395.66 | (72,493.51) |
| Total Adjustments |  | 913,024.36 | 1,314,089.68 |
| Net Cash provided by Operations |  | (4,422.33) | (50,428.29) |
| **Cash Flows from investing activities** |  |  |  |
| Used For |  |  |  |
| Net cash used in investing |  | 0.00 | 0.00 |
| **Cash Flows from financing activities** |  |  |  |
| Proceeds From |  |  |  |
| Used For |  |  |  |
| Net cash used in financing |  | 0.00 | 0.00 |
| Net increase <decrease> in cash | ($ | 4,422.33) ($ | 50,428.29) |

| Summary |  |  |  |
|---|---|---|---|
| Cash Balance at End of Period | ($ | 47.31) ($ | 47.31) |
| Cash Balance at Beg of Period |  | (4,375.02) | (50,380.98) |
| Net Increase <Decrease> in Cash | ($ | 4,422.33) ($ | 50,428.29) |

**Net Cash Flow Adjustment that ties to Page 3 #25 of MOR**

| Net Adjustments in operating | (913,024.36) |
|---|---|
| Net cash used in investing | - |
| Net Cash used in financing | - |
| **Non Cash Flow Adjustment** | (913,024.36) |

Check

| Net Income | (917,446.69) |
|---|---|
| Less Net Cash Flow Adjustment | 913,024.36 |
| Net Increase (decrease) in cash flow | (4,422.33) |

# EXHIBIT "C"

**Monthly Operating Report**
ACCRUAL BASIS-5

| CASE NAME: | Taurean East LLC |
|---|---|

| CASE NUMBER: | 17-50236-RLJ |
|---|---|

MONTH: _____ June 2019 _____

| BANK RECONCILIATIONS | | Account #1 | Account #2 | Account #3 | |
|---|---|---|---|---|---|
| A. | BANK: | American Bank of Commerce | | | |
| B. | ACCOUNT NUMBER: | ***5253 | ***4996 | | TOTAL |
| C. | PURPOSE (TYPE): | Checking | Checking* | | |
| 1. | BALANCE PER BANK STATEMENT | $10 | $0 | | $10 |
| 2. | ADD: TOTAL DEPOSITS NOT CREDITED | | | | $0 |
| 3. | SUBTRACT: OUTSTANDING CHECKS | $0 | $0 | | $0 |
| 4. | OTHER RECONCILING ITEMS | | | | $0 |
| 5. | MONTH END BALANCE PER BOOKS | $10 | $0 | $0 | $10 |
| 6. | NUMBER OF LAST CHECK WRITTEN | | | | |

* This account was opened by the Debtors in May to hold the proceeds from the sale of the Debtors' commercial real property located at 3485 Roy Orr Boulevard, Grand Prairie, TX (see MOR-1, FN8).

| INVESTMENT ACCOUNTS | | | | |
|---|---|---|---|---|
| BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11.              TOTAL INVESTMENTS | | | $0 | $0 |

| CASH | |
|---|---|
| 12.              CURRENCY ON HAND | $0 |

| 13.              **TOTAL CASH - END OF MONTH** | $10 |

Cash Disbursements for Taurean East - June 2019

| Date | Reference | Vendor | Amount | Type |
|---|---|---|---|---|
| 6/3/19 | Auto | American Bank of Commerce | 30.00 | Bank Fee - NSF for property insurance payment |
| 6/12/19 | auto | American Bank of Commerce | 10.00 | Bank Fee |
| | | | 40.00 | Total TE Cash Disbursements |

Taurean East 17
Statement of Cash Flow
For the six Months Ended June 30, 2019

| | | Current Month | Year to Date |
|---|---|---|---|
| **Cash Flows from operating activities** | | | |
| Net Income | ($ | 4,728.42) ($ | 4,387.67) |
| | | (4,728.42) | (4,387.67) |
| Adjustments to reconcile net income to net cash provided by operating activities | | | |
| Accumulated Depreciation | | 481.00 | 2,886.00 |
| Accounts Receivable | | 0.00 | (225.00) |
| Accounts Payable | | 3,637.42 | 3,762.42 |
| Accrued Property Tax | | 550.00 | (3,451.10) |
| Total Adjustments | | 4,668.42 | 2,972.32 |
| Net Cash provided by Operations | | (60.00) | (1,415.35) |
| **Cash Flows from investing activities** | | | |
| Used For | | | |
| Net cash used in investing | | 0.00 | 0.00 |
| **Cash Flows from financing activities** | | | |
| Proceeds From | | | |
| Used For | | | |
| Net cash used in financing | | 0.00 | 0.00 |
| Net increase <decrease> in cash | ($ | 60.00) ($ | 1,415.35) |
| **Summary** | | | |
| Cash Balance at End of Period | $ | 9.55 $ | 9.55 |
| Cash Balance at Beg of Period | | (69.55) | (1,424.90) |
| Net Increase <Decrease> in Cash | ($ | 60.00) ($ | 1,415.35) |

**Net Cash Flow Adjustment that ties to Page 3 #25 of MOR**

| | |
|---|---|
| Net Adjustments in operating | 4,668.42 |
| Net cash used in investing | - |
| Net Cash used in financing | - |
| **Non Cash Flow Adjustment** | 4,668.42 |

| **Check** | |
|---|---|
| Net Income | (4,728.42) |
| Less Net Cash Flow Adjustment | (4,668.42) |
| Net Increase (decrease) in cash flow | (60.00) |

**Monthly Operating Report**
ACCRUAL BASIS-3

| CASE NAME: | Taurean East LLC |
|---|---|

| CASE NUMBER: | 17-50236-RLJ |
|---|---|

| | April | May | June | |
|---|---|---|---|---|
| **CASH RECEIPTS AND DISBURSEMENTS** | MONTH | MONTH | MONTH | QUARTER |
| 1. CASH - BEGINNING OF MONTH | $96 | $394 | $70 | |
| **RECEIPTS FROM OPERATIONS** | | | | |
| 2. CASH SALES | | | | $0 |
| **COLLECTION OF ACCOUNTS RECEIVABLE** | | | | |
| 3. PREPETITION | | | | $0 |
| 4. POSTPETITION | $6,475 | $2,200 | ($20) | $8,655 |
| 5. TOTAL OPERATING RECEIPTS | $6,475 | $2,200 | ($20) | $8,655 |
| **NON-OPERATING RECEIPTS** | | | | |
| 6. LOANS & ADVANCES (ATTACH LIST) | | | | $0 |
| 7. SALE OF ASSETS | $0 | $0 | $0 | $0 FN11 |
| 8. OTHER (ATTACH LIST) | | | | $0 |
| 9. TOTAL NON-OPERATING RECEIPTS | $0 | $0 | $0 | $0 |
| 10. TOTAL RECEIPTS | $6,475 | $2,200 | ($20) | $8,655 |
| 11. TOTAL CASH AVAILABLE | $6,571 | $2,594 | $50 | |
| **OPERATING DISBURSEMENTS** | | | | |
| 12. NET PAYROLL | | | | $0 |
| 13. PAYROLL TAXES PAID | | | | $0 |
| 14. SALES, USE & OTHER TAXES PAID | $550 | $550 | $550 | $1,650 |
| 15. SECURED / RENTAL / LEASES / Interest | $0 | $0 | $0 | $0 FN6 |
| 16. UTILITIES | $1,927 | $1,804 | $2,125 | $5,856 |
| 17. INSURANCE | $920 | $711 | $1,462 | $3,093 |
| 18. INVENTORY PURCHASES | | | | $0 |
| 19. VEHICLE EXPENSES | | | | $0 |
| 20. TRAVEL /DEPR EXPENSE | $481 | $481 | $481 | $1,442 FN5 |
| 21. ENTERTAINMENT | | | | $0 |
| 22. REPAIRS & MAINTENANCE | | | | $0 |
| 23. SUPPLIES | $3,105 | $10 | $90 | $3,205 |
| 24. ADVERTISING | | | | $0 |
| 25. OTHER (ATTACH LIST) Non cash flow adjustments | ($806) | ($1,031) | ($4,668) | ($6,506) |
| 26. TOTAL OPERATING DISBURSEMENTS | $6,177 | $2,524 | $40 | $8,741 |
| **REORGANIZATION EXPENSES** | | | | |
| 27. PROFESSIONAL FEES | | | | $0 |
| 28. U.S. TRUSTEE FEES | $0 | $0 | $0 | $0 |
| 29. OTHER (ATTACH LIST) | | | | $0 |
| 30. TOTAL REORGANIZATION EXPENSES | $0 | $0 | $0 | $0 |
| 31. TOTAL DISBURSEMENTS | $6,177 | $2,524 | $40 | $8,741 |
| 32. NET CASH FLOW | $298 | ($324) | ($60) | ($86) |
| 33. CASH - END OF MONTH | $394 | $70 | $10 | |

FN11 In this July MOR, the Sale of Assets amounts reflected in Line 7 have been restated to reflect the gross proceeds from the sale of the of Debtors' residenti
(1926 Loma Alta Dr.) in March (see MOR-2, FN7) and the Debtors' commercial real property (3485 Roy Orr Blvd.) in May (see MOR-2, FN10). In prior
covering the time periods from March through June), the Sale of Assets amounts in Line 7 reflected the net book gain on asset sales, which also impacted
in MOR-3, Line 25 (Non cash flow adjustments). Thus, the March and May amounts in Line 25 (Non cash flow adjustments) have also been revised in t
Cash Flow Statements supporting the new adjusted amounts in Line 25 (Non cash flow adjustments) for March and May are attached to this July MOR.

## EXHIBIT "D"

**Le-Mar Holdings, Inc. 1?**
**Vendor List**

Filter Criteria includes: 1) Active Vendors. Report order is by ID.

| Vendor ID | Vendor | Address line 1 Address line 2 City ST ZIP | Remit to 1 Name Remit to 1 Address Line 1 Remit to 1 Address Line 2 Remit to 1 City Remit to 1 State Remit to 1 Zip | Account No |
|---|---|---|---|---|
| Ailco | Ailco Equip Finance Group | P O Box 8425 Carol Stream, IL 60197-8425 | | 02230 |
| BALC | Banc of America Leasing and Capital | 315 Montgomery Street San Francisco, CA 94104 | | 500-7592440-008 |
| BankofAmerica | Bank of America, NA | P O Box 15220 Wilmington, DE 19886-5220 | | |
| BMOHarris001 | BMO Harris Bank NA | P O Box 71951 Chicago, IL 60694-1951 | | 7946305001 |
| BMOHarris002 | BMO Harris Bank NA | P O Box 71951 Chicago, IL 60694-1951 | | 7946305002 |
| BMOHarris003 | BMO Harris Bank NA | P O Box 71951 Chicago, IL 60694-1951 | | 7946305003 |
| CAR64502 | Capital Asset Resources | | First National Bank Wichita | 64502 |

**Le-Mar Holdings, Inc. 17**
**Vendor List**

Filter Criteria includes: 1) Active Vendors. Report order is by ID.

| Vendor ID | Vendor | Address line 1<br>Address line 2<br>City ST ZIP | Remit to 1 Name<br>Remit to 1 Address Line 1<br>Remit to 1 Address Line 2<br>Remit to 1 City<br>Remit to 1 State<br>Remit to 1 Zip | Account No |
|---|---|---|---|---|
| | | | P O Box 94905<br><br>Wichita Falls<br>TX<br>76308 | |
| CitizensOne | Citizens One Auto Finance | P O Box 42113<br><br>Providence, RI  02940-2113 | | |
| CityBank | City Bank | PO Box 2040<br><br>Lubbock, TX  79408 | | 300100982 |
| Enterprise | Enterprise FM Trust | P O Box 800089<br><br>Kansas City, MO  64180-0089 | | 458182 |
| Honda | Honda Financial Services | P O Box 7829<br><br>Philadelphia, PA  19101-7829 | | |
| Kelly Drye | Kelly Drye & Warren | 101 Park Ave<br><br>New York, NY  10178 | | |
| LubbockNatlBank | Lubbock National Bank | 4811 50th Street | | 3000001827 |

**Le-Mar Holdings, Inc. 17**
**Vendor List**

Filter Criteria includes: 1) Active Vendors. Report order is by ID.

| Vendor ID | Vendor | Address line 1<br>Address line 2<br>City ST ZIP | Remit to 1 Name<br>Remit to 1 Address Line 1<br>Remit to 1 Address Line 2<br>Remit to 1 City<br>Remit to 1 State<br>Remit to 1 Zip | Account No |
|---|---|---|---|---|
| | | Lubbock, TX  79414 | | |
| MobilizationFunding | Mobilization Funding | 8902 N Dale Mabry Hwy<br>Ste 200<br>Tampa, FL  33614 | | |
| Moses & Singer | Moses & Singer | The Chrysler Building<br>405 Lexington Avenue<br>New York, NY  10174 | | |
| PFGI | Van Cleave Group | 1520 W Hildebrand<br><br>San Antonio, TX  78201 | | |
| Province | Province | 2360 Corporate Circle<br>Suite 330<br>Henderson, NV  89074 | | |
| RSGRestructuring | RSG Restructuring Advisors | 12400 Coit Road<br>Suite 900<br>Dallas, TX  75252 | | |
| Ryder | Ryder | 6000 Windward Parkway<br><br>Alpharetta, GA  30005 | | |

**Le-Mar Holdings, Inc. 17**

**Vendor List**

Filter Criteria includes: 1) Active Vendors. Report order is by ID.

| Vendor ID | Vendor | Address line 1<br>Address line 2<br>City ST ZIP | Remit to 1 Name<br>Remit to 1 Address Line 1<br>Remit to 1 Address Line 2<br>Remit to 1 City<br>Remit to 1 State<br>Remit to 1 Zip | Account No |
|---|---|---|---|---|
| Tarbox Law | Tarbox Law | 2301 Broadway<br><br>Lubbock, TX  79401 | | |
| TDAutoFinance | TD Auto Finance | P O Box 100295<br><br>Columbia, SC  29202-3295 | | |
| Trannaco | Trannaco | 3617 Fieldwood Drive<br><br>San Angelo, TX  76904 | | |
| Underwood Perkins | Underwood Perkins | 5420 LBJ Freeway<br>Suite 1900<br>Dallas, TX  75240 | | |
| USTrustee | US Trustee Payment Center | P O Box 530202<br><br>Atlanta, GA  30353-0202 | | 395-17-50234 |
| Volvo | Volvo Financial Services | P O Box 7247-0236<br><br>Philadelphia, PA  19170-0236 | | 500-7592440-001 |

**Le-Mar Holdings, Inc. 17**

**Vendor List**

Filter Criteria includes: 1) Active Vendors. Report order is by ID.

| Vendor ID | Vendor | Address line 1<br>Address line 2<br>City ST ZIP | Remit to 1 Name<br>Remit to 1 Address Line 1<br>Remit to 1 Address Line 2<br>Remit to 1 City<br>Remit to 1 State<br>Remit to 1 Zip | Account No |
|-----------|--------|--------|--------|--------|

# EXHIBIT "E"

Edwards Mail Service 17

**Vendor List**

Filter Criteria includes: 1) Active Vendors. Report order is by ID.

| Vendor ID | Vendor | Address line 1<br>Address line 2<br>City ST ZIP | Remit to 1 Name<br>Remit to 1 Address Line 1<br>Remit to 1 Address Line 2<br>Remit to 1 City<br>Remit to 1 State<br>Remit to 1 Zip | Account No |
|---|---|---|---|---|
| AccFund | Accident Fund | P O Box 77000<br>Dept 77125<br>Detroit, MI  48277 | | WCV 8010489 02 02 |
| AccFundDed | Accident Fund | P O Box 40790<br><br>Lansing , MI  48901 | | 8010489-01-02 |
| Airgas | Airgas USA, LLC | PO Box 676015<br><br>Dallas, TX  75267 | | 2861357 |
| AllStar | All Star Truck Wash | 4620 Ave A<br><br>Lubbock, TX  79404 | | |
| Alsco | Alsco | 404 N University<br><br>Lubbock, TX  79415 | | 2294 |
| AmericasBestVal | America's Best Value | 1633 W Stamford<br><br>Abilene, TX  79601 | | |
| AmerMobile | American Mobile Wash, LLC | PO Box 6574 | | |

# Edwards Mail Service 17
## Vendor List

Filter Criteria includes: 1) Active Vendors. Report order is by ID.

| Vendor ID | Vendor | Address line 1<br>Address line 2<br>City ST ZIP | Remit to 1 Name<br>Remit to 1 Address Line 1<br>Remit to 1 Address Line 2<br>Remit to 1 City<br>Remit to 1 State<br>Remit to 1 Zip | Account No |
|---|---|---|---|---|
| | | Abilene, TX  79608 | | |
| AT&TGPS | AT&T | P O Box 5019<br>Carol Stream, IL  60197-5019 | | 8310007690124 |
| AtmosGPMain | Atmos Energy | PO Box 790311<br>St Louis, MO  63179 | | 3048569449 |
| AtmosMuleshoe | Atmos Energy | PO Box 790311<br>St Louis, MO  63179 | | 3049833553 |
| BazarSolutions | Bazar Solutions | 5280 34th Street<br>Lubbock, TX  79407 | | |
| BCBS | Blue Cross Blue Shield | USI Insurance Services<br>7550 IH 10 W, Ste 700<br>San Antonio, TX  78229 | | |
| BobPerkins | Bob Perkins | P O Box 62 | | |

# Edwards Mail Service 17

## Vendor List

Filter Criteria includes: 1) Active Vendors. Report order is by ID.

| Vendor ID | Vendor | Address line 1<br>Address line 2<br>City ST ZIP | Remit to 1 Name<br>Remit to 1 Address Line 1<br>Remit to 1 Address Line 2<br>Remit to 1 City<br>Remit to 1 State<br>Remit to 1 Zip | Account No |
|---|---|---|---|---|
| | | Higgins, TX  79046 | | |
| BoonGroup | Boon Group | 671227 C/O Lockbox Svc MC6550<br>5201 E RL Thornton Fwy<br>Dallas, TX  75223 | | |
| Bruckners | Corporate Billing, LLC | Dept 100 PO Box 830604<br><br>Birmingham, AL  35283 | | 51095 |
| Caleb Edwards | Caleb Edwards | 5727 64th Street<br><br>Lubbock, TX  79424 | | |
| CDLPartners | CDL Partners | 350 Westpark Way<br>Suite 110<br>Euless, TX  76040 | | 901 |
| Cherie Sanchez | Cherie Sanchez | 910 14th Street<br><br>Shallowater, TX  79363 | | |
| Chuck | Chuck Edwards | 5727 64th Street<br><br>Lubbock, TX  79424 | | |

**Edwards Mail Service 17**
**Vendor List**

Filter Criteria includes: 1) Active Vendors. Report order is by ID.

| Vendor ID | Vendor | Address line 1<br>Address line 2<br>City ST ZIP | Remit to 1 Name<br>Remit to 1 Address Line 1<br>Remit to 1 Address Line 2<br>Remit to 1 City<br>Remit to 1 State<br>Remit to 1 Zip | Account No |
|---|---|---|---|---|
| CincinnatiInsuran | Cincinnati Insurance Company | P O Box 145620<br><br>Cincinnati, OH  45250-5620 | | 1000361116 |
| CityHiggins | City of Higgins | P.O. Box 56<br><br>Higgins, TX  79046 | | 02-0530-05 |
| CityMuleshoe | City of Muleshoe | 215 S. 1st St<br><br>Muleshoe, TX  79347 | | |
| Claude Childs | Claude Childs, Jr. | P O Box 3904<br><br>Lubbock, TX  79452 | | |
| CLC | Corporate Lodging Consultants I | P O Box 534722<br><br>Atlanta, GA  30353-4722 | PNC Bank c/o CLC Inc<br>Lockbox #534722<br>1669 Phoenix Parkway-Ste 210<br>College Park<br>GA<br>30349 | 30349 |
| CMS | Cottingham & Butler Insurance | P O Box 449<br><br>Dubuque, IA  52007-0449 | | 2200 |

**Edwards Mail Service 17**
**Vendor List**

Filter Criteria includes: 1) Active Vendors. Report order is by ID.

| Vendor ID | Vendor | Address line 1<br>Address line 2<br>City ST ZIP | Remit to 1 Name<br>Remit to 1 Address Line 1<br>Remit to 1 Address Line 2<br>Remit to 1 City<br>Remit to 1 State<br>Remit to 1 Zip | Account No |
|---|---|---|---|---|
| ColonialLife | Colonial Life | Premium Processing<br>P O Box 903<br>Columbia, SC  29202 | | E4816617 |
| CPS#1 | CPS Energy | P O Box 2678<br>San Antonio, TX  78289-0001 | | 300-4032-648 |
| CPS#2 | CPS Energy | P O Box 2678<br>San Antonio, TX  78289-0001 | | 300-4032-649 |
| CTRMA | CTRMA Toll Processing | P O Box 734182<br>Dallas, TX  75373-4182 | | |
| DavidKehl | David Kehl | 4202 Fondren<br>San Antonio, TX  78217 | | 10639 Nacogdoches |
| EconomyInn | Economy Inn | P O Box 38<br>Ozona, TX  76943 | | RV 19 |

7/18/19 at 12:16:27.32

Case 17-50234-rlj7    Doc 1051    Filed 07/29/19    Entered 07/29/19 10:53:43    Desc
Main Document    Page 35 of 44

Page: 6

Edwards Mail Service 17

**Vendor List**

Filter Criteria includes: 1) Active Vendors. Report order is by ID.

| Vendor ID | Vendor | Address line 1<br>Address line 2<br>City ST ZIP | Remit to 1 Name<br>Remit to 1 Address Line 1<br>Remit to 1 Address Line 2<br>Remit to 1 City<br>Remit to 1 State<br>Remit to 1 Zip | Account No |
|---|---|---|---|---|
| Empower | Empower | | | |
| EMSPayroll | EMS Payroll | | | |
| Frontier | Frontier Communications | P.O.Box 740407<br>Cincinnati, OH  45274-0407 | | 972-7904500-112114-5 |
| Great America | Great AmericaFinancial Svcs. | PO Box 660831<br>Dallas, TX  75266-0831 | | 003-1267000-000 |
| HPLumina | HP Lumina | P O Box 260081<br>Plano, TX  75026 | | |
| HughesTrans | Hughes Transport | Stacey K Hughes<br>3925 Paradise<br>Amarillo, TX  79107 | | |

Edwards Mail Service 17

**Vendor List**

Filter Criteria includes: 1) Active Vendors. Report order is by ID.

| Vendor ID | Vendor | Address line 1<br>Address line 2<br>City ST ZIP | Remit to 1 Name<br>Remit to 1 Address Line 1<br>Remit to 1 Address Line 2<br>Remit to 1 City<br>Remit to 1 State<br>Remit to 1 Zip | Account No |
|---|---|---|---|---|
| J&B | J&B Trailer | 5619 Avenue A<br>794, TX  79404 | | |
| JacobsonHudson | Jacobson Hudson | 321 E Elm<br>Muleshoe, TX  79347 | | |
| JFS | Jodie's Fleet Service | 11414 Tickford Dr<br>Del Valle, TX  78617 | | |
| JimmyEdwards | Jimmy Edwards | 4801 52nd Street<br>Lubbock, TX  79414 | | |
| JR Tires & Diesel | JR Tires$Diesel Truck Repair, In | 1850 High Prairie Rd Ste 410<br>Grand Prairie, TX  75050 | | |
| Lance Burke | Lance Burke | 3116 S FM 3261<br>Levelland, TX  79336 | | |

7/18/19 at 12:16:27.36

Case 17-50234-rlj7    Doc 1051    Filed 07/29/19    Entered 07/29/19 10:53:43    Desc
Main Document    Page 37 of 44

Page: 8

Edwards Mail Service 17
Vendor List

Filter Criteria includes: 1) Active Vendors. Report order is by ID.

| Vendor ID | Vendor | Address line 1<br>Address line 2<br>City ST ZIP | Remit to 1 Name<br>Remit to 1 Address Line 1<br>Remit to 1 Address Line 2<br>Remit to 1 City<br>Remit to 1 State<br>Remit to 1 Zip | Account No |
|---|---|---|---|---|
| LarryDrake | Larry Drake | 8008 Hoving Place<br><br>Amarillo, TX  79121 | | |
| Lawrence Edward | Lawrence Edwards | 3103 77th Street<br><br>Lubbock, TX  79423 | | |
| LibertyNatl | Liberty National | ATTN: Worksite Billing Dept<br>PO Box 248889-73124<br>Oklahoma City, OK  73124-8889 | | |
| MargieZamarripa | Margie Zamarripa | 1381 County Road 223L<br><br>Denver City, TX  79323 | | |
| Marlin | Marlin Business Bank | P.O. Box 13604<br><br>Philadelphia, PA  19101-3604 | | 1346207 |
| McW | McWhorter's LTD | PO Box 2974<br><br>Lubbock, TX  79408 | | 5403882 |
| Men | Mendoza Truck, Trailer & Tire | 9250 N.E. Loop 410 | | |

# Edwards Mail Service 17
## Vendor List

Filter Criteria includes: 1) Active Vendors. Report order is by ID.

| Vendor ID | Vendor | Address line 1<br>Address line 2<br>City ST ZIP | Remit to 1 Name<br>Remit to 1 Address Line 1<br>Remit to 1 Address Line 2<br>Remit to 1 City<br>Remit to 1 State<br>Remit to 1 Zip | Account No |
|---|---|---|---|---|
| | | San Antonio, TX  78219 | | |
| NoahEdwards | Noah Edwards | 5727 64th Street<br><br>Lubbock, TX  79424 | | |
| NTTA | North Texas Tollway Authority | P.O. Box 660244<br><br>Dallas, TX  75266 | | |
| OkTurnpike | Oklahoma Turnpike Authority | Enforcement Branch<br>P O Box 960007<br>Oklahoma City, OK  73136 | | |
| OneSource | WaterLogic | PO Box 677867<br><br>Dallas, tx  75267-7867 | | 6132 |
| PatriciaDuff | Patricia Duff | 8639 Knoxville Dr #C22<br><br>Lubbock, TX  79423 | | |
| Penske | Penske Truck Leasing CO., L.P. | PO Box 802577 | | |

# Edwards Mail Service 17
## Vendor List

Filter Criteria includes: 1) Active Vendors. Report order is by ID.

| Vendor ID | Vendor | Address line 1<br>Address line 2<br>City ST ZIP | Remit to 1 Name<br>Remit to 1 Address Line 1<br>Remit to 1 Address Line 2<br>Remit to 1 City<br>Remit to 1 State<br>Remit to 1 Zip | Account No |
|---|---|---|---|---|
| | | Chicago, IL  60680-2577 | | |
| PitneyLeaseLbk | Pitney Bowes Global Financial S | PO Box 371884<br><br>Pittsburgh, PA  15250 | | 2323964 |
| PrePass | PrePass | PO Box 52774<br><br>Pheonix, AZ  85072 | | 154391 |
| Prospice | Prospice Networks | PO Box 64805<br><br>Lubbock, TX  79464 | | |
| QDS | Quality Driver Solutions, Inc. | 320 S. Milliken Ave. Ste A<br><br>Ontario, CA  91761 | | |
| QuinnPollard | Quinn Pollard | | | |
| RepublicSAnt | Republic Services #859 | P O Box 78829<br><br>Phoenix, AZ  85062-8829 | | 3-0859-0029149 |

Filter Criteria includes: 1) Active Vendors. Report order is by ID.

| Vendor ID | Vendor | Address line 1<br>Address line 2<br>City ST ZIP | Remit to 1 Name<br>Remit to 1 Address Line 1<br>Remit to 1 Address Line 2<br>Remit to 1 City<br>Remit to 1 State<br>Remit to 1 Zip | Account No |
|---|---|---|---|---|
| RyderRealEstate | Ryder - Real Estate Dept | Attn Andy Daubar<br>11690 N W 105th Street<br>Miami, FL 33178 | | 3485 Roy Orr |
| SOS Truck & Trail | SOS Truck & Trailer | 1701 Lacy Dr.<br>Fort Worth , TX 76177 | | |
| South | Southwest Filter & Supply Co. | 3815 Ave A<br>Lubbock, TX 79404 | | |
| Soutir | Southern Tire Mart | PO Box 1000<br>Memphis, TN 38148 | | 200372 |
| Spectrum | Time Warner Cable | PO Box 60074<br>City of Industry , CA 91716-0074 | | 8260 14 146 2140302 |
| Sprint | Sprint | P O Box 4181<br>Carol Stream, IL 60197-4181 | | 345972588 |

# Edwards Mail Service 17
## Vendor List

Filter Criteria includes: 1) Active Vendors. Report order is by ID.

| Vendor ID | Vendor | Address line 1<br>Address line 2<br>City ST ZIP | Remit to 1 Name<br>Remit to 1 Address Line 1<br>Remit to 1 Address Line 2<br>Remit to 1 City<br>Remit to 1 State<br>Remit to 1 Zip | Account No |
|---|---|---|---|---|
| staples | Staples Bussiness Advantage | PO Box 660409<br>Dallas, TX  75266-0409 | | DAL 1662485 |
| STonio Water | San Antonio Water System | PO Box 2990<br>San Antonio, TX  78299-2990 | | 000801619-0277078-000 |
| Super8BR | Super 8 | 11444 Reulet Ave<br>Baton Rouge, LA  70816 | | 525-835732 |
| Super8LF | Super 8 Motel - Lafayette | 2222 NE Evangeline Thwy<br>Lafayette, LA  70501 | | |
| TxTag | Tx Tag | PO Box 650749<br>Dallas, TX  75265 | | |
| USTrustee | US Trustee Payment Center | P O Box 530202<br>Atlanta, GA  30353-0202 | | 395-17-50235 |

# Edwards Mail Service 17
## Vendor List

Filter Criteria includes: 1) Active Vendors. Report order is by ID.

| Vendor ID | Vendor | Address line 1<br>Address line 2<br>City ST ZIP | Remit to 1 Name<br>Remit to 1 Address Line 1<br>Remit to 1 Address Line 2<br>Remit to 1 City<br>Remit to 1 State<br>Remit to 1 Zip | Account No |
|---|---|---|---|---|
| VehicleTrackingS | Vehicle Tracking Solutions | 152 Veterans Memorial Highway<br><br>Commack, NY  11725 | | |
| Venture1 | Venture 1 Trucking | Ashley Nicole Hernandez<br>1001 15th<br>Abernathy, TX  79311 | | |
| WestStarLbk | DK Daniel Services | c/o AFA Redemption Center<br>1646 W Chester Pike Ste 31<br>West Chester, PA  19382-7979 | | 1120-718 |
| WestTexasGas | West Texas Gas | P O Box 1005<br><br>Canadian, TX  79014 | | 040-004-0965-07 |
| XcelMuleshoe | Xcel Energy | PO Box 9477<br><br>MPLS, MN  55484-9477 | | 5400124303189 |

## EXHIBIT "F"

7/18/19 at 11:26:59.03

Case 17-50234-rlj7    Doc 1051    Filed 07/29/19    Entered 07/29/19 10:53:43    Desc
Main Document    Page 44 of 44

Page: 1

Faudean East 97
Vendor List

Filter Criteria includes: 1) Active Vendors. Report order is by ID.

| Vendor ID | Vendor | Address line 1<br>Address line 2<br>City ST ZIP | Remit to 1 Name<br>Remit to 1 Address Line 1<br>Remit to 1 Address Line 2<br>Remit to 1 City<br>Remit to 1 State<br>Remit to 1 Zip | Account No |
|---|---|---|---|---|
| AtmosLbk | Atmos Energy | P O Box 790311<br><br>St Louis, MO  63179-0311 | | 3048524424 |
| CentralInsurance | Central Insurance | 800 S Washington Street<br><br>Van Wert, OH  45891 | | 9657286/7 |
| CityLubbock | City of Lubbock | Community Intelligence Unit<br>P O Box 2000<br>Lubbock, TX  79457 | | Permit 4502 |
| LPL | Lubbock Power & Light | P O Box 10541<br><br>Lubbock, TX  79408 | City of Lubbock Utilities<br>P O Box 10541<br><br>Lubbock<br>TX<br>79408-3541 | 9354981-9931500 |
| RepLbk | Republic Services #068 | P O Box 78829<br><br>Phoenix, AZ  85062-8829 | | 3-0068-0002434 |
| USTrustee | US Trustee Payment Cent | P O Box 530202<br><br>Atlanta, GA  30353-0202 | | 395-17-50236 |