# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1

| | |
|---|---|
| **Case No.:** 17-50234 | **Trustee Name:** (631700) Kent Ries |
| **Case Name:** LE-MAR HOLDINGS, INC. | **Date Filed (f) or Converted (c):** 06/28/2019 (c) |
| | **§ 341(a) Meeting Date:** 07/30/2019 |
| **For Period Ending:** 05/10/2022 | **Claims Bar Date:** 01/02/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Asset Entered in Error (u) | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Asset Entered in Error (u) | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Asset Entered in Error (u) | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Asset Entered in Error (u) | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Equipment/vehicles | 0.00 | 150,000.00 | | 86,530.00 | FA |
| 6 | Asset Entered in Error | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Asset Entered in Error | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Asset Entered in Error (u) | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Asset Entered in Error | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Asset Entered in Error (u) | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Accounts receivable (u) | 0.00 | 0.00 | | 418,100.56 | FA |
| 12 | Office equipment | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Asset Entered in Error | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Edwards Mail Service, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Worker's Compensation claim (u) | 0.00 | 0.00 | | 95,389.04 | FA |
| 16 | PREFERENCE LITIGATION (u) | 0.00 | 100,000.00 | | 184,500.00 | 500.00 |
| **16** | **Assets Totals** (Excluding unknown values) | **$0.00** | **$250,000.00** | | **$784,519.60** | **$500.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| | |
|---|---|
| **Case No.:** 17-50234 | **Trustee Name:** (631700) Kent Ries |
| **Case Name:** LE-MAR HOLDINGS, INC. | **Date Filed (f) or Converted (c):** 06/28/2019 (c) |
| | **§ 341(a) Meeting Date:** 07/30/2019 |
| **For Period Ending:** 05/10/2022 | **Claims Bar Date:** 01/02/2018 |

**Major Activities Affecting Case Closing:**

Multiple preference/fraudulent transfer adversaries resolved in 5/21.  All paid but for three default judgments that are being reviewed for collectibility.

Employee and other claims need to be reviewed.  Payment of Chapter 11 administrative claims in process.

Case to be consolidated with Edwards Mail Service, Inc. No. 1-50235.
ASSET NOTES:  Asset #'s 1-4, 6 and 8-10 were imported in error.  Asset #'s 7 and 13 were scheduled in the prior Chapter 11, administered in that case and imported in error in the Chapter 7 case.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 12/31/2021 | **Current Projected Date Of Final Report (TFR):** 06/30/2023 |

| | |
|---|---|
| 05/10/2022 | /s/Kent Ries |
| Date | Kent Ries |